# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT K. DECKER,<br>No. 51719-074,<br><br>   Petitioner,<br><br>v.<br><br>DANIEL SPROUL, Warden,<br><br>   Respondent. | )<br>)<br>)<br>)<br>) Case No.  3:23-cv-00199-JPG<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

  **DATED:  February 27, 2024**

                MONICA A. STUMP, Clerk of Court

            By: *s/Tina Gray,*
                Deputy Clerk


**APPROVED:**  *s/J. Phil Gilbert*
       J. PHIL GILBERT
       U.S. DISTRICT JUDGE